NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AF 2, by HSBC Bank USA, National Association, as Trustee, Respondent, v NOMURA CREDIT & CAPITAL, INC., Appellant.

NOMURA HOME EQUITY LOAN, INC., HOME EQUITY LOAN TRUST, SERIES 2007-2 by HSBC Bank USA, National Association, as Trustee, Respondent, v NOMURA CREDIT & CAPITAL, INC., Appellant.

Decided May 9, 2017

Reported below, 133 AD3d 96.

Reargument ordered for a future Court of Appeals session.

MICHAEL PALMERI, Appellant, v CINDY PALMERI, Respondent.

Submitted April 17, 2017; decided May 9, 2017

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

VASSILIS PANAGOULOPOULOS et al., Appellants, v CARLOS ORTIZ JR. MD, P.C., et al., Respondents.

Submitted March 27, 2017; decided May 9, 2017

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

VASSILIS PANAGOULOPOULOS et al., Appellants, v CARLOS ORTIZ JR. MD, P.C., et al., Respondents.

Submitted April 10, 2017; decided May 9, 2017

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY HARDEE, Appellant.

Decided May 9, 2017

Reargument ordered for a future Court of Appeals session.

IVANA PERAICA, as Administratrix for the Estate of Ivo J. PERAICA, Deceased, et al., Respondents, v A.O. SMITH WATER PRODUCTS CO. et al., Defendants, and CRANE CO., Appellant.

Submitted March 6, 2017; decided May 9, 2017

Motion for reargument of motion for leave to appeal denied [see 28 NY3d 1167 (2017)].

In the Matter of DONNA SPENCER, Respondent, v DENISE KILLORAN, Appellant. (Proceeding No. 1.)

In the Matter of LORETTA HALSTEAD, Respondent, v DENISE KILLORAN, Appellant. (Proceeding No. 2.)

Submitted March 20, 2017; decided May 9, 2017

Reported below, 147 AD3d 862.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

In the Matter of FRANCISCO TIRADO, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted March 27, 2017; decided May 9, 2017